AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>8:23-mj-00607-DUTY | Date and time warrant executed:<br>12/8/23 @ 4:55 p.m. | Copy of warrant and inventory left with:<br>Tiffany Cartagena |
| Inventory made in the presence of :   IRS-CI Special Agent Steven Bellis | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>**Physical Property:** See Attached, Item Numbers 28, 29, 30, 31, 32, and 33<br><br>**Digital Device Extractions:**<br>• Item #29 - Apple iPhone  -  MD5 Hash Value: 326f b50a a698 d6b1 facb 945d 0da7 6a1c<br>• Item #30 - Apple iPhone  -  MD5 Hash Value: 81e9 96d8 a3ec 44d5 3416 7b92 e1c6 e6e4 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/20/2023

*Dane Fahey*
*Executing officer's signature*

IRS-CI Special Agent Dane Fahey
*Printed name and title*

**INTERNAL REVENUE SERVICE – CRIMINAL INVESTIGATION**

Case No. 1000320240 (IRS-CI)

**PROPERTY INVENTORY RECEIPT**

**PROPERTY TYPE:**

| ☐ FOUND | ☐ SAFEKEEPING | ☒ EVIDENCE | ☐ FOR DESTRUCTION | ☒ SEARCH WARRANT |
|---|---|---|---|---|

**PERSON/ADDRESS WHICH PROPERTY IS BEING TAKEN/RECEIVED FROM:**

| NAME: | JOSHUA WILLIAMS | OFFENSE: | 18 U.S.C. § 371, 1344, 1028A(a)(1), 510(b) |
|---|---|---|---|
| ADDRESS: | 11713 AINSLEY COURT | | |
| CITY: | PORTER RANCH | STATE: CA | ZIP: 91326 |

**COLLECTED BY:**

| NAME: | SA Dane Fahey | DATE: | 12/08/23 |
|---|---|---|---|

| ITEM # | DESCRIPTION |
|---|---|
| | **Upstairs Master Bedroom – Safe inside Walk-In Closet (Items #1 - 27)** |
| 1 | Gold Rolex Day-Date watch |
| 2 | Gold Rolex Day-Date watch with diamonds on watch band |
| 3 | Gold Rolex Day-Date watch, in box |
| 4 | Gold Rolex Day-Date watch, not in box |
| 5 | Rolex box, dark green |
| 6 | Rolex box, light green |
| 7 | Gold and black bracelet |
| 8 | Gold Audemars Piquet Watch |
| 9 | Gold and diamond rope necklace and bracelet, inscription "Jay" |
| 10 | Gold and diamond rope necklace and bracelet, inscription "Paige" |
| 11 | Gold and diamond rope necklace and bracelet, inscription "Jay", with money bag pendant |
| 12 | U.S. Currency |
| 13 | Diamond ring in black box with light |
| 14 | Diamond earrings, in black box |
| 15 | Diamond earrings, on chain display |
| 16 | Diamond earrings, on bracelet display |
| 17 | Four gold bracelets and tool |
| 18 | Gold and diamond ring |
| 19 | Gold and diamond ring, missing one diamond |
| 20 | Gold and diamond flower ring |
| 21 | Gold and diamond ring, solitaire diamond with surrounding diamonds |
| 22 | Two gold and diamond hoop earrings |
| 23 | Gold necklace with head pendant |
| 24 | Gold necklace with black pendant |
| 25 | Gold and diamond necklace with square settings |
| 26 | Jewelry and watch appraisals |
| 27 | MacBook Laptop, Model A2780, Serial Number J92547RTX3 |

**INTERNAL REVENUE SERVICE – CRIMINAL INVESTIGATION**

**PROPERTY INVENTORY RECEIPT**

Case No. 1000320240 (IRS-CI)

| | | |
|---|---|---|
| | | |
| | **Upstairs Master Bedroom (Items #28 – 30)** | |
| 28 | Cell Phone #1 – Black iPhone | |
| 29 | Cell Phone #2 – Forest Green iPhone with ICCID Number 8914000006598811246 | |
| 30 | Cell Phone #3 – Blue iPhone with ICCID Number 89148000009127658542 | |
| | | |
| | **Upstairs Master Bedroom – Walk-In Closet (Item #31)** | |
| 31 | Cell Phone #4 – Silver iPhone | |
| | | |
| | **Upstairs Baby Room – Hamper (Items #32 – 33)** | |
| 32 | Cell Phone #5 – Blue iPhone | |
| 33 | Cell Phone #6 – Black iPhone | |
| | | |
| | **Downstairs ManCave (Items #34 – 37)** | |
| 34 | Gold money counter "Blue Strip Jayy" | |
| 35 | Money counter – Cummins Allison JetScan iFX i100 | |
| 36 | HP Envy x360 Model 15m-es1013dx Serial Number BCG14363LN | |
| 37 | USB Drive | |
| | | |
| | **Downstairs Bedroom – Top Right Dresser Drawer (Item #38)** | |
| 38 | Blank check paper | |